**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANAND ROY, derivatively on behalf of Nominal Defendant, MONGODB, INC.,<br>Plaintiff,<br>v.<br>DEV ITTYCHERIA, MICHAEL LAWRENCE GORDON, ARCHANA AGRAWAL, ROELOF BOTHA, HOPE COCHRAN, FRANCISCO D'SOUZA, CHARLES M. HAZARD, JR., TOM KILLALEA, ANN LEWNES, JOHN MCMAHON, and DWIGHT MERRIMAN,<br>Defendants,<br>and<br>MONGODB, INC.,<br>Nominal Defendant. | Case No. 1:24-cv-07594-GHW<br><br>The Hon. Gregory H. Woods |
| NATHAN C. SILVA, derivatively on behalf of Nominal Defendant, MONGODB, INC.,<br>Plaintiff,<br>v.<br>DEV ITTYCHERIA, ARCHANA AGRAWAL, ROELOF BOTHA, HOPE COCHRAN, FRANCISCO D'SOUZA, CHARLES M. HAZARD, JR., TOM KILLALEA, ANN LEWNES, DWIGHT MERRIMAN, JOHN MCMAHON, and MICHAEL LAWRENCE GORDON,<br>Defendants,<br>and<br>MONGODB, INC.,<br>Nominal Defendant | Case No. 1:24-cv-09014-UA |

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL, AND TEMPORARILY STAYING PROCEEDINGS**

Plaintiffs in the above-captioned cases, Anand Roy and Nathan C. Silva (together, Plaintiffs"), and defendants Dev Ittycheria, Michael Lawrence Gordon, Archana Agrawal, Roelof

Botha, Hope Cochran, Francisco D'Souza, Charles M. Hazard, Jr., Tom Killalea, Ann Lewnes, Dwight Merriman, and John McMahon (the "Individual Defendants"), and nominal defendant MongoDB, Inc. ("MongoDB" or the "Company" and, with Individual Defendants, "Defendants") (Defendants and Plaintiffs are collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on October 7, 2024, Plaintiff Anand Roy filed a Verified Shareholder Derivative Complaint in this Court (the "*Roy* Action") against the Individual Defendants on behalf of the Company, asserting alleged breaches of fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, waste of corporate asserts, and violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act");

WHEREAS, the *Roy* Action involves some of the same defendants and many of the same underlying allegations as a putative securities class action currently pending in this Court, captioned *Baxter v. MongoDB, Inc. et al.,* Case No. 1:24-cv-05191-GW (S.D.N.Y.) (the "Securities Class Action");

WHEREAS, on October 25, 2024, upon the Parties' stipulation in the *Roy* Action, the Court entered an order staying that action pending the outcome of an anticipated motion to dismiss in the Securities Class Action (the "Stay Order");

WHEREAS, on November 25, 2024, Plaintiff Nathan C. Silva filed a Verified Shareholder Derivative Complaint in this Court (the "*Silva* Action" and, together with the *Roy* Action, the "Related Derivative Actions") on behalf of the Company against the Individual Defendants for alleged breaches of fiduciary duties, violation of Section 14(a) of the Exchange Act, and related state law claims for alleged misconduct that substantially overlaps with the *Roy* Action and the Securities Class Action;

WHEREAS, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, the Parties agree that the Related Derivative Actions challenge substantially similar alleged conduct and involve overlapping questions of law and fact, and that the administration of justice would best be served by consolidating the Related Derivative Actions;

WHEREAS, the Parties therefore respectfully submit that consolidation of the Related Derivative Actions under Fed. R. Civ. P. 42(a) is appropriate;

WHEREAS, to avoid potentially duplicative actions and to prevent any waste of the Court's and the Parties' resources, the Parties agree that the Related Derivative Actions should be consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action under Lead Case No. 1:24-cv-07594-GHW (hereinafter referred to as the "Consolidated Derivative Action");

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that The Brown Law Firm, P.C. and Rigrodsky Law, P.A.[1] shall be designated as Co-Lead Counsel for plaintiffs in the Consolidated Derivative Action;

WHEREAS, Defendants take no position regarding appointment of Co-Lead Counsel for plaintiffs;

THEREFORE, the Parties, through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

---

[1] Attached hereto as Exhibits A and B are the firm resumes of The Brown Law Firm, P.C. Rigrodsky Law, P.A., respectively.

1. The undersigned counsel for Defendants hereby accepts service of the complaints in the Related Derivative Actions on behalf of all Defendants who have not been previously served.

2. The Related Derivative Actions shall be consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 1:24-cv-07594-GHW. Every pleading in the Consolidated Derivative Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE MONGODB, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) | Case No. 1:24-cv-07594-GHW |
| This Document Relates to:<br><br>ALL ACTIONS. | ) ) ) ) ) | - |

3. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under Case No. 1:24-cv-07594-GHW. All documents previously filed and/or served in the Related Derivative Actions shall be deemed part of the record in the Consolidated Derivative Action.

4. Co-Lead Counsel for plaintiffs in this Consolidated Derivative Action shall be The Brown Law Firm, P.C. and Rigrodsky Law, P.A.

5. Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

6. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

7. Counsel for all Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

8. This Order shall apply to each related purported shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or occurrences as the Consolidated Derivative Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re MongoDB, Inc. Shareholder Derivative Litigation*, Case No. 1:24-cv-07594-GHW, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re MongoDB, Inc. Shareholder Derivative Litigation*, Case No. 1:24-cv-07594-GHW, and counsel for the Parties are to assist in assuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to all later shareholder derivative actions involving MongoDB filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, which actions shall be consolidated into the Consolidated Derivative Action.

9. Upon consolidation, the Consolidated Derivative Action shall be stayed pending the outcome of the anticipated motion to dismiss in the Securities Class Action, pursuant to the Stay Order entered in the *Roy* Action.

**IT IS SO STIPULATED.**

Dated: December 23, 2024

Respectfully Submitted,

**THE BROWN LAW FIRM, P.C.**
/s/*Timothy Brown*
Timothy Brown
Saadia Hashmi
767 Third Avenue, Suite 2501
New York, NY 10017
Tel: (516) 922-5427
Fax: (516) 344-6204
Email: shashmi@thebrownlawfirm.net
tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Anand Roy and [Proposed] Co-Lead Counsel for Plaintiffs*

Dated: December 23, 2024

**RIGRODSKY LAW, P.A.**
By: */s/ Timothy J. MacFall*
Timothy J. MacFall
Samir Aougab
825 East Gate Boulevard, Suite
300 Garden City, NY 11530
Phone: (516) 683-3516
Email: tjm@rl-legal.com
Email: sa@rl-legal.com

*Counsel for Plaintiff Nathan C. Silva and [Proposed] Co-Lead Counsel for Plaintiffs*

Dated: December 20, 2024

**DAVIS POLK & WARDWELL LLP**

/s/ *Edmund Polubinski*
Edmund Polubinski

Marie Killmond
450 Lexington Avenue
New York, NY 10017
Phone: (212) 450-4000
Email: edmund.polubinski@davispolk.com
Email: marie.killmond@davispolk.com

*Counsel for Defendants*

SO ORDERED this __ day of _______, 202_.

______________________________
The Honorable Gregory H. Woods
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on December 23, 2024, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/*Timothy J. MacFall*