**Davis Polk**

Edmund Polubinski
+1 212 450 4695
edmund.polubinski@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/22/2026___

May 21, 2026

**MEMORANDUM ENDORSED**

Re: *In re MongoDB, Inc. Shareholder Derivative Litigation*, No. 1:24-cv-07594-GHW

Hon. Gregory H. Woods
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dear Judge Woods:

We represent Nominal Defendant MongoDB, Inc. ("MongoDB") and the Individual Defendants[1] (together with MongoDB, "Defendants") in the above-referenced consolidated putative derivative action (the "Action"). We submit this letter jointly on behalf of all Defendants and Plaintiffs Anand Roy and Nathan C. Silva (together, the "Parties") and pursuant to Rule 1.F of this Court's Individual Rules of Practice.

The Parties to this Action had previously requested (Dkt. 15)—and on February 10, 2025, the Court granted (Dkt. 16)—a stay of all deadlines in the Action pending the outcome of the motion to dismiss in *Baxter v. MongoDB Inc., et al.*, Case No. 1:24-cv-05191-GHW (the "*Baxter* Securities Action"). The Parties to this Action agreed that the outcome of the Motion to Dismiss in the *Baxter* Securities Action would inform the extent to which this Action proceeds, if at all. For that reason, the Parties had proposed that a stay would advance the interests of judicial economy and avoiding unnecessary motion practice.

As the Court is aware, on May 1, 2026, the Court entered an order granting in part and denying in part the motion to dismiss in the *Baxter* Securities Action (the "MTD Order"). And on May 15, 2025, defendants in the *Baxter* Securities Action filed a motion for reconsideration (the "Motion for Reconsideration") of the Court's May 1, 2026 order, which, if granted, could result in the dismissal of the *Baxter* Securities Action in its entirety.

The Parties to this Action now respectfully submit that the same considerations that supported the initial stay of all deadlines in this Action pending the motion to dismiss the *Baxter* Securities Action apply equally to a proposed continuation of that stay pending the outcome of the pending Motion for Reconsideration of the MTD Order. The outcome of the Motion for Reconsideration will inform the extent to which this Action proceeds. A continued stay would, therefore, serve the interests of judicial economy. The parties will otherwise continue to abide by the terms of the prior stay order (Dkt. 16).

The Court's authority to approve the continued stay derives from its "inherent authority to 'control the disposition of the causes on its docket' and . . . to stay an action as an incident of that authority." *Range v. 480-486 Broadway, LLC*, 810 F.3d 108, 113 (2d Cir. 2015) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). The Parties propose that all existing deadlines in this case—including but not limited to Defendants' time to respond to the complaint—continued to be stayed pending the resolution of the Motion for Reconsideration of the MTD Order in the *Baxter* Securities Action.

---

[1] The Individual Defendants are Dev Ittycheria, Michael Lawrence Gordon, Archana Agrawal, Roelof Botha, Hope Cochran, Francisco D'Souza, Charles M. Hazard, Jr., Tom Killalea, Ann Lewnes, John McMahon, and Dwight Merriman.

**Davis Polk**    The Honorable Gregory H. Woods

This is the Parties' second request for the adjournment of any deadlines in this Action.

For the foregoing reasons, the Parties respectfully request that the Court so-order and enter the continued stay. We are available at the Court's convenience should Your Honor have any questions or otherwise wish to hear from the Parties.

Respectfully yours,

/s/ *Edmund Polubinski*

Edmund Polubinski

cc:     All counsel of record via ECF

**Electronic Filing**

Application granted. The parties' application to continue the stay of all deadlines, Dkt. No. 18, until the Court's decision on Defendants' motion for reconsideration in the securities action is granted. All deadlines in this case are stayed until the resolution of the motion for reconsideration. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.
Dated:  May 22, 2026
New York, New York  _____
                         GREGORY H. WOODS
                    United States District Judge